```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,<br><br>       Plaintiff,<br><br>-against-<br><br>Extended At Home Care, Inc.,<br><br>       Defendant. | 1:23-cv-04199 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  This case has been referred to me for general pretrial management. (ECF No. 10.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Wednesday, August 16, 2023 at 11:00 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:  New York, New York
     August 2, 2023

                  _/s/ Stewart D. Aaron_____
                  STEWART D. AARON
                  United States Magistrate Judge