```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/15/2023____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,**<br><br>                                 **Plaintiff,**<br><br>          -against-<br><br>**Extended At Home Care, Inc.,**<br><br>                               **Defendant.** | **1:23-cv-04199 (RA) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

In view of the Affidavit of Service filed today at ECF No. 12, which indicates that Defendant was served on August 10, 2023, it is hereby Ordered that the telephone conference scheduled for Wednesday, August 16, 2023 at 11:00 a.m. is canceled. The Court will schedule an Initial Pretrial Conference once Defendant has appeared in this action.

**SO ORDERED.**

Dated:      New York, New York
              August 15, 2023

_____
STEWART D. AARON
United States Magistrate Judge