USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,<br><br>      Plaintiff,<br><br>-against-<br><br>Extended At Home Care, Inc.,<br><br>      Defendant. | 1:23-cv-04199 (RA) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

  The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a telephone conference on Wednesday, September 13, 2023 at 11:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:  New York, New York
     September 5, 2023

                   _____
                   STEWART D. AARON
                   United States Magistrate Judge