USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,

          Plaintiff,

-against-

Extended At Home Care, Inc.,

          Defendant.

1:23-cv-04199 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference for which only Plaintiff appeared, it is hereby Ordered that, no later than September 20, 2023, Plaintiff shall seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

Dated:    New York, New York
           September 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge