UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| APOLONIA REYES DE PAULINO, both individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> EXTENDED AT HOME CARE, INC., <br><br> Defendant. | 23-CV-4199 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On September 20, 2023, Plaintiff obtained a Clerk's Certificate of Default against Defendant. If Plaintiff intends to move for default judgment, she shall do so consistent with Attachment A of this Court's Individual Rules & Practices in Civil Cases by November 9, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   October 19, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge