UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APOLONIA REYES DE PAULINO, both individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> EXTENDED AT HOME CARE, EXTENDED NURSING PERSONNEL CHAA, LLC, and EXTENDED HOLDING COMPANY, LLC, d/b/a EXTENDING AT HOME CARE, EXTENDED HOMECARE, and EXTENDED HOME CARE., <br><br> Defendants. | No.  23-CV-4199 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On March 14, 2024, the parties filed a stipulation of dismissal with prejudice as to Defendant Extended Nursing Personnel CHHA, LLC.  *See* Dkt. No. 45.  The stipulation stated that, pursuant to an agreement between the parties, "Plaintiff Apolonia Reyes de Paulino hereby voluntarily dismisses with prejudice [under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure] all claims and causes of action against Defendant Extended Nursing Personnel CHAA, LLC."  *Id.*

No later than May 6, 2024, the parties shall submit a joint letter to the Court, clarifying whether the parties have reached a settlement and, if so, why the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), are not applicable.  *Id.* at *206 (holding that "Rule 41(a)(1)(A)(ii) stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect"); *Samake v. Thunder Lube,*

*Inc.*, 24 F.4th 804, 811 (2d Cir. 2022).

SO ORDERED.

Dated:   April 5, 2024
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge

2