```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,

      Plaintiff,

-against-

Extended At Home Care, Inc.,

      Defendant.

1:23-cv-04199 (RA) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

  It is hereby Ordered that, no later than May 20, 2023, Plaintiff shall seek a Certificate of Default from the Clerk of Court with respect to the remaining defendants in this action.

**SO ORDERED.**

Dated:  New York, New York
    May 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge