```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Apolonia Reyes De Paulino, individually and on behalf of all other similarly situated persons,

                Plaintiff,

-against-

Extended At Home Care, Inc. et al.,

                Defendants.

1:23-cv-04199 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file her anticipated motion for default judgment as to Defendants Extended At Home Care and Extended Holding Company, LLC d/b/a Extended At Home Care, Extended Home Care, Extended Homecare, and Extended At Home Care, in accordance with the default judgment procedure set forth in Attachment A to Judge Abrams' Individual Rules of Practice in Civil Cases, no later than June 21, 2024.

**SO ORDERED.**

Dated:     New York, New York
            May 22, 2024

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge