

November 6, 2024

**Via CM/ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:   *Apolonia Reyes De Paulino, et al. v. Extended At Home Care, Inc.*
             Case No. 23-CV-4199 (RA)

Dear Judge Abrams:

      Along with co-counsel, we represent Plaintiff Apolonia Reyes De Paulino and Opt-in Plaintiff Elsa Alvarez Cabrera ("Plaintiffs") in the above-referenced matter. We write pursuant to Your Honor's Individual Practice Rule I(D) to request an extension of the deadline for the parties to submit a joint letter requesting settlement approval ("Joint Letter"), as set by the Court's September 24, 2024 Order. ECF No. 64. Defendant Extended at Home Care joins in this request.

      The Court's Order requires the parties to file their Joint Letter by November 6, 2024. *Id.* The parties have negotiated a long-form settlement agreement, however, the parties require additional time to sign and return the agreement.

      The parties therefore respectfully request a one-week extension until and including November 13, 2024 to move for settlement approval. This is the parties' first request for an extension of this deadline.

      We thank the Court for its attention to this matter.

      Application granted.

      SO ORDERED.

      _____
      Hon. Ronnie Abrams
      November 7, 2024

The Honorable Ronnie Abrams
November 6, 2024
Page 2 of 2

                                                Respectfully submitted,

                                                Molly Brooks

CC:    All Counsel of Record (via ECF)